ALEX COHN v. BARNETT LEVINE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GEORGE W. BUTTS v. ELIZABETH A. BUTTS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MARTIN WALSH v. THE BUTTERICK PUBLISHING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of MAXWELL GELBERG.— Motion denied. Present — Clarke, P. J:, Laughlin, Page, Shearn and Merrell, JJ.

MARY B. JUDSON, as Executrix, etc., v. HERBERT H. GIBBS, Impleaded. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CARL STEINBERG v. ERIE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MARTHA W. KAISER v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

STEVENS AYLSWORTH COMPANY, INC., v. C. HILTEBRANT DRY DOCK COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOSEPH ROBINSON v. CRESCENT TALKING MACHINE COMPANY, INC.— Motion granted. Order filed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of LUDLOW AVENUE, etc.— Motion to dismiss appeal denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ANNIE RAPPAPORT v. LENA WILLIAMSON, Impleaded.— Motion granted. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of THOMAS P. MCKENNA, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GREENWICH SAVINGS BANK v. FRANKLIN MADISON REALTY COMPANY, INC., Impleaded, etc.— Motion denied, without costs, with leave to renew as stated in order. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

JEFFREY JONES, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BENJAMIN SNEIDER, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to appellant to abide event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.